STATE of Missouri, Respondent,

v.

Thomas Mark ZINNA,
Defendant/Appellant.

Thomas Mark ZINNA,
Defendant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67435, 70770.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 27, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 26, 1997.

Application to Transfer Denied
Sept.30, 1997.

Henry B. Robertson, Deborah B. Wafer, Robert Steele, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Thomas Mark Zinna appeals from his conviction of second degree burglary, in violation of Section 569.170 RSMo 1994; stealing firearms, in violation of Section 570.030 RSMo 1994; and property damage in the second degree, in violation of Section 569.110 RSMo 1994. Defendant also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).